# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Christopher West,<br><br>Defendant. | Case No.: 19MJ5756<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about December 29, 2019, within the Southern District of California, Christopher West, did knowingly and intentionally import 500 grams and more, to wit: approximately 16.36 kilograms (36.06 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Carmen Jacobsen
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 30th DAY OF DECEMBER 2019.

HON ALLISON H. GODDARD
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On December 29, 2019, at approximately 10:35 a.m., Christopher West, ("WEST"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #29. WEST was the driver and sole occupant of a 2005 GMC Sierra ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the spare tire of the vehicle.

A Customs and Border Protection Officer received two negative Customs declarations from WEST. WEST stated he was crossing the border to go to Chula Vista, California.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the spare tire of the vehicle.

Further inspection of the vehicle resulted in the discovery of 17 packages concealed in the spare tire of the vehicle, with a total approximate weight of 16.36 kgs (36.06 lbs.). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

WEST was placed under arrest at approximately 1:40 p.m.

1

During a post-Miranda interview, WEST admitted that he was going to be paid $2,500 USD to smuggle the narcotics into the United States. WEST claimed to be driving the narcotics to North San Diego County, California.

WEST was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.