**LEAH W. GONZALES**
California State Bar No. 311969
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Leah_Gonzales@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER WEST , <br><br> Defendant. | CASE NO.:   20-CR-0317-GPC <br><br> HON. Gonzalo P. Curiel <br> Date: June 25, 2021 <br> Time: 8:30 a.m. <br><br> **MR. WEST'S SENTENCING SUMMARY CHART** |

TO:   RANDY GROSSMAN, ACTING UNITED STATES ATTORNEY, AND JAMES ROTSTEIN, ASSISTANT   UNITED   STATES   ATTORNEY:

Defendant David Lozano by and through counsel Leah W. Gonzales, and Federal Defenders of San Diego, Inc., hereby files the following Sentencing Summary Chart.

Respectfully submitted,

Dated:  June 21, 2021         *s/ Leah W. Gonzales*
　　　　　　　　　　　　　　Leah W. Gonzales
　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　Email:  Leah_Gonzales@fd.org

# SENTENCING SUMMARY CHART

|  |  |
|---|---|
| USPO: |  |
| AUSA: |  |
| DEF: | X |

| | | | | |
|---|---|---|---|---|
| Defendant's Name: | Christopher West | | Docket No. | 20cr317-GPC |
| Attorney's Name: | Leah Weatherly Gonzales, FDSDI | | Phone No.: | (619) 234-8467 |
| Guideline Manual Used: | Nov. 2018 | | Agree with USPO Calc.: | Yes* |
| Base Offense Level: (U.S.S.G. § 2D1.1(a)(5)) | (Drug Quantity, if Applicable) | 14.83 kgs. meth (actual) | | 34 |

**Specific Offense Characteristics:**

| | |
|---|---|
| Safety Valve, §5C1.2 | -2 |

**Adjustments:**

| | |
|---|---|
| Minor Role § 3B1.2(b) | -2 |

| | |
|---|---|
| **Adjusted Offense Level:** | 30 |
| ☐Combined (Mult. Counts)   ☐Career Offender   ☐Armed Career Criminal | |
| **Adjustment for Acceptance of Responsibility:** | -3 |
| **Total Offense Level:** | 27 |
| **Criminal History Score:** | 0 |
| **Criminal History Category:** | I |
| ☐Career Offender   ☐Armed Career Criminal | |
| Guideline Range: | |
| (Range limited by:   ☐Minimum Mandatory   ☐Statutory Maximum)   *from:* | 70 |
| **Departures:**   *to:* | 87 |
| Fast Track, §5K3.1 | -4 |
| Combination of Circumstances, §5K2.0 | -2 |
| **Adjusted Offense Level:** | 21 |
| **Resulting Guideline Range:**   *from:* | 37 |
| *to:* | 46 |

**Recommendation:**

18 months home confinement, with conditions, followed by 5 years supervised release.

*Mr. West agrees with PSO's calculations as included in the PSR, but asserts additional departures should apply, and that Safety Valve has been fulfilled since the time of the PSR's publication.