1  **LEAH W. GONZALES**
   California State Bar No. 311969
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  Leah_Gonzales@fd.org

5  Attorneys for Defendant

6

7

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO.: 20-CR-317-GPC |

12 |     Plaintiff, | **NOTICE OF WITHDRAWAL OF DOCUMENT** |

13 | v. | |

14 | CHRISTOPHER WEST, | |

15 |     Defendant. | |

16

17     Notice is hereby given by Leah Gonzales, Federal Defenders of San Diego, Inc.,

18 that the following document is withdrawn from the record in the above-captioned case:

19     Document:   Sentencing Summary Chart

20     File Date:   June 21, 2021

21     Docket #:    54

22

23                                                Respectfully submitted,

24 Dated: June 21, 2021                           *s/ Leah W. Gonzales*
                                                  **Leah W. Gonzales**
25                                                Federal Defenders of San Diego, Inc.

26

27

28