**LEAH W. GONZALES**
California State Bar No. 311969
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Leah_Gonzales@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER WEST , <br><br> Defendant. | CASE NO.:   20-CR-0317-GPC <br><br> HON. Gonzalo P. Curiel <br> Date: June 25, 2021 <br> Time: 8:30 a.m. <br><br> **MR. WEST'S SENTENCING SUMMARY CHART** |

TO:   RANDY GROSSMAN, ACTING UNITED STATES ATTORNEY, AND JAMES ROTSTEIN, ASSISTANT UNITED STATES ATTORNEY:

Defendant Christopher West by and through counsel Leah W. Gonzales, and Federal Defenders of San Diego, Inc., hereby files the following Sentencing Summary Chart.

                                                         Respectfully submitted,

Dated:  June 21, 2021                   *s/ Leah W. Gonzales*
                                                    Leah W. Gonzales
                                                    Federal Defenders of San Diego, Inc.
                                                    Attorneys for Defendant
                                                   Email: Leah_Gonzales@fd.org

# SENTENCING SUMMARY CHART

|  |  |
|---|---|
| USPO: | |
| AUSA: | |
| DEF: | X |

| | | | | |
|---|---|---|---|---|
| Defendant's Name: | Christopher West | Docket No. | 20cr317-GPC | |
| Attorney's Name: | Leah Weatherly Gonzales, FDSDI | Phone No.: | (619) 234-8467 | |
| Guideline Manual Used: | Nov. 2018 | Agree with USPO Calc.: | Yes* | |
| Base Offense Level: (U.S.S.G. § 2D1.1(a)(5)) | (Drug Quantity, if Applicable) | 14.83 kgs. meth (actual) | 34 | |

**Specific Offense Characteristics:**

| | |
|---|---|
| Safety Valve, §5C1.2 | -2 |

**Adjustments:**

| | |
|---|---|
| Minor Role § 3B1.2(b) | -2 |

| | |
|---|---|
| **Adjusted Offense Level:** | 30 |
| ☐Combined (Mult. Counts)  ☐Career Offender  ☐Armed Career Criminal | |
| **Adjustment for Acceptance of Responsibility:** | -3 |
| **Total Offense Level:** | 27 |
| **Criminal History Score:** | 0 |
| **Criminal History Category:** | I |
| ☐Career Offender  ☐Armed Career Criminal | |
| Guideline Range: | |
| (Range limited by:  ☐Minimum Mandatory  ☐Statutory Maximum) | *from:* 70 |
| **Departures:** | *to:* 87 |
| Fast Track, §5K3.1 | -4 |
| Combination of Circumstances, §5K2.0 | -2 |
| **Adjusted Offense Level:** | 21 |
| **Resulting Guideline Range:** | *from:* 37 |
| | *to:* 46 |

**Recommendation:**

18 months home confinement, with conditions, followed by 5 years supervised release.

*Mr. West agrees with PSO's calculations as included in the PSR, but asserts additional departures should apply, and that Safety Valve has been fulfilled since the time of the PSR's publication.